■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANCO DAVIS, Appellant. [630 NYS2d 948] —Appeal by the defendant from a judgment of the Supreme Court, Queens County

(O'Dwyer, J.), rendered June 10, 1993, convicting him of attempted murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that he was prejudiced as a result of the court's jury instruction on the issue of justification. A review of the charge delivered demonstrates that it adequately illustrated the subjective as well as objective elements of the justification defense *(see, People v Wesley,* 76 NY2d 555; *People v Goetz,* 68 NY2d 96; *People v Noor,* 177 AD2d 517; *People v Hagi,* 169 AD2d 203).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Balletta, J. P., Copertino, Pizzuto and Krausman, JJ., concur.